DAVID W. SHAPIRO (CA No. 219265)
KIERAN P. RINGGENBERG (CA No. 208600)
ALEXIS J. LOEB (CA No. 269895)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email: dshapiro@bsfllp.com
　　　　kringgenberg@bsfllp.com
　　　　aloeb@bsfllp.com

Attorneys for Petitioner Ron Mosley

KAMALA D. HARRIS
Attorney General of California
JESSICA N. BLONIEN
Supervising Deputy Attorney General
AMANDA J. MURRAY (CA No. 223829)
Deputy Attorney General
455 Golden Gate Avenue,
Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5741
Facsimile: (415) 703-5843
Email: Amanda.Murray@doj.ca.gov

Attorneys for Respondent Vincent Cullen

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RON MOSLEY,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>VINCENT CULLEN, Warden,<br><br>　　　　　　Respondent. | **Case No.: CV-10-4907 TEH**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING OF PETITIONER'S TRAVERSE** |

Pursuant to Civil Local Rule 6-2, and in accordance with Local Rule 7-12, Petitioner Ron Mosley and Respondent Vincent Cullen (together, the "Parties") jointly submit this stipulation to extend time for Mr. Mosley to file his traverse in response to Respondent's Answer.

WHEREAS, on November 2, 2010 this Court issued an order for Respondents to show cause why this Court should not issue a writ of habeas corpus;

WHEREAS, pursuant to that order, Respondent filed its answer on January 7, 2011 and Petitioner is currently required to file his traverse responding to that answer on or before February 7, 2011;

WHEREAS, Respondent's petition for writ of certiorari in *Pirtle v. California Bd. of Prison Terms*, 611 F.3d 1015 (9th Cir. 2010), *petition for cert. filed sub nom. Cate v. Pirtle*, 2010 WL 5497190 (U.S. Dec. 31, 2010) (No. 10-868), which seeks reversal of the Ninth Circuit's decision in *Mosley v. Oroski*, Nos. 08-15327 & 08-15389, 2010 WL 4813677 (9th Cir. Nov. 24, 2010), remains pending before the United States Supreme Court;

WHEREAS, there is substantial overlap in the issues presented in that case and the issues presented in the above-captioned matter;

WHEREAS, the Supreme Court recently decided *Swarthout v. Cooke*, No. 10-333, 562 U.S. ___, 2011 WL 197627 (Jan. 24, 2011), introducing additional legal issues that Mr. Mosley's traverse must address;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their respective counsel of record, that Petitioner shall file his traverse three weeks from the date that the Supreme Court renders its decision in *Cate v. Pirtle*.

STIP. & [PROPOSED] ORDER TO EXTEND TIME FOR FILING OF PETITIONER'S TRAVERSE
No. 10-04907-TEH

1

2

3    DATED: January 27, 2011            By:    /s/ *Alexis J. Loeb*

4                                              Alexis J. Loeb
                                               Boies, Schiller & Flexner LLP

5                                          *Attorneys for Ron Mosley*

6    In accordance with General Order No. 45, Rule X-B, the above signatory attests that

7    concurrence in the filing of this document has been obtained from the signatory below.

8

9    DATED: January 27, 2011            By:    /s/ *Amanda J. Murray*
                                               Amanda J. Murray
10                                             Deputy Attorney General

11                                         *Attorneys for Vincent Cullen*

12

13   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

14

15   DATED: January 28, 2011

16

17   The _____derson
     Unite

18                              Judge Thelton E. Henderson

19

20

21

22

23

24

25

26

27

28

3